33 A.3d 516

IN THE MATTER OF KENNETH H. BROOKMAN, AN
ATTORNEY AT LAW (ATTORNEY NO. 173381956).

January 6, 2012.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 11–162, recommending on the record certified to the Board pursuant to *Rule* 1:20–4(f)(default by respondent), that **KENNETH H. BROOKMAN,** formerly of **CLIFTON,** who was admitted to the bar of this State in 1956, and who has been temporarily suspended from the practice of law since July 9, 2010, be disbarred for violating *RPC* 1.15(a) (knowing misappropriation of trust funds), *RPC* 8.4(c)(conduct involving dishonesty, deceit or misrepresentation), and the principles of *In re Wilson,* 81 *N.J.* 451, 409 *A.*2d 1153 (1979) and *In re Hollendonner,* 102 *N.J.* 21, 504 *A.*2d 1174 (1985);

And **KENNETH H. BROOKMAN** having failed to appear on the Order directing him to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **KENNETH H. BROOKMAN** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **KENNETH H. BROOKMAN** be and hereby is permanently restrained and enjoined from practicing law; and it

ORDERED that respondent comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.